JOHN CRUZ ALICEA,

      **Plaintiff,**

**v.**                                       **Case No:  6:16-cv-1327-Orl-31DCI**

**BRIAN MALLARD, JEFFREY BROUGH
and HOUSE OF BLUES ORLANDO
RESTAURANT CORP.,**

      **Defendants.**

## ORDER

On June 20, 2018, Defendants Brian Mallard and Jeffrey Brough filed a Motion to Strike the Plaintiff's Untimely Objections, or in the Alternative, Memorandum Regarding Defendants' Response to Plaintiff's Objections ("Motion"). Doc. 82. The Motion contains argument related to the Plaintiff's objections to the Deposition of Chief Petty Officer David Amet, which are itemized in the Joint Pretrial Statement. The Motion also withdraws various portions of the Defendants' previous deposition designations. However, the Defendants argue about objections that they categorize as moot in their section on designation withdrawal. *See, e.g.*, Doc. 82 at 5 (arguing the Plaintiff's objection to 14:1-25 should be overruled, because Chief Amet's accommodations are relevant); Doc. 82 at 16 (withdrawing 13:1-25, which includes the question about Chief Amet's accommodations and withdrawing 14:7-25). Accordingly, it is unclear which designations the Defendants intend to withdraw, and thus, which objections are moot and which should be decided on the merits. The Defendants are hereby **ORDERED** to file a transcript of Chief Amet's deposition that accurately reflects the withdrawn portions of his testimony and the remaining designations by

12:00 NOON tomorrow, June 22, 2018. The Plaintiff is **ORDERED** to file any remaining objections to the Defendants' updated designations by 8:00 AM Monday, June 25, 2018.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 21, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party